**FILED**

UNITED STATES COURT OF APPEALS

DEC 03 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 12-50598 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:11-cr-05027-H-1 |
| v. | Southern District of California, San Diego |
| CHAD DANIEL CAMOU, | |
| Defendant - Appellant. | ORDER |

Before: PREGERSON and FISHER, Circuit Judges, and GWIN, District Judge.[*]

This case is resubmitted effective the date of this order.

---

[*] The Honorable James S. Gwin, District Judge for the U.S. District Court for the Northern District of Ohio, sitting by designation.